# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**KHALED KHODER**                                                     **PLAINTIFF**

v.                      Case No.: 2:21-cv-00074-LPR

**DERRICK TIMES, Individually and in his official capacity as a police officer for the City of Clarendon; AND SCOTTIE WHITCOMB, Officer, Individually and in his official capacity as a police officer for the City of Clarendon;**            **DEFENDANTS**

## JUDGMENT

Consistent with the Text Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 27th day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE